ESTATE OF MERRILL: BECKER, Appellant, vs. CHESTER and others, Administrators, and another, Respondents.

For the appellant: *Timothy J. Hannan* of Milwaukee.

For the respondents First Wisconsin Trust Company, William M. Chester, and Norman Chester, administrators: *Miller, Mack & Fairchild* of Milwaukee.

For Marion Merrill Smith, a minor: *William F. Hannan* of Milwaukee, guardian *ad litem.*

*By the Court.*—Judgment affirmed.

CHICAGO & ALTON RAILROAD COMPANY, Respondent, vs. BEYL, Appellant.

For the appellant: *Roy C. Smelker* and *Manahan, Hoogesteger & Manahan,* all of St. Paul, Minnesota.

For the respondent: *Coe Brothers* of Barron.

*By the Court.*—Judgment affirmed.

HOWELL, Appellant, vs. MILWAUKEE ELECTRIC RAILWAY & LIGHT COMPANY, Respondent.

For the appellant: *August C. Moeller,* attorney, and *Emmet Horan, Jr.,* of counsel, both of Milwaukee.

For the respondent: *Shaw, Muskat & Sullivan* of Milwaukee.

*By the Court.*—Judgment affirmed.